No. 560.  COLTON ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Boris Kostelanetz* and *George G. Gallantz* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 561.  BEAVER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.  *Hayden C. Covington* and *Richard M. Welling* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 564.  WASHINGTON EX REL. SHERMAN *v.* BOARD OF GOVERNORS OF THE WASHINGTON STATE BAR ASSN. ET AL. Supreme Court of Washington.  Certiorari denied.  Petitioner *pro se.*  *T. M. Royce* for respondents.

No. 565.  ISBRANDTSEN COMPANY, INC., *v.* MAXIMO ET AL.  C. A. 2d Cir.  Certiorari denied.  *Maurice A. Krisel* for petitioner.  *Lee Pressman* and *David Scribner* for respondents.

No. 567.  GOLD FUEL SERVICE, INC., *v.* ESSO STANDARD OIL CO.  C. A. 3d Cir.  Certiorari denied.  *Sam Weiss* and *Michael J. Pappas* for petitioner.  *Burtis W. Horner* for respondent.

No. 577.  PEARMAN *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE.  C. A. 4th Cir.  Certiorari denied.  *Clay S. Crouse* for petitioner.  *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for respondent.